```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 28478
   JOHN R HIKE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


        Debtor
    SSN XXX-XX-1712

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/19/2005 and was confirmed 09/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.96%.

     The case was dismissed after confirmation 09/19/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00            .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE       982.00            .00          982.00
PIERCE & ASSOC           NOTICE ONLY     NOT FILED            .00             .00
MID ATLANTIC FINANCE     SECURED            5650.00         526.38         4585.31
MID ATLANTIC FINANCE     UNSECURED          4075.27            .00             .00
GLEASON & MACMASTER      DEBTOR ATTY       2,000.00                       2,000.00
TOM VAUGHN               TRUSTEE                                            455.10
DEBTOR REFUND            REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               8,548.79

PRIORITY                                          .00
SECURED                                      5,567.31
    INTEREST                                   526.38
UNSECURED                                         .00
ADMINISTRATIVE                               2,000.00
TRUSTEE COMPENSATION                           455.10
DEBTOR REFUND                                     .00
                      ---------------      ---------------
TOTALS                8,548.79               8,548.79




                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 28478 JOHN R HIKE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 28478 JOHN R HIKE